[No. 34285-1-I.   Division One.   July 31, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MARC
MARTIN MONGE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-00120-3, Jo Anne Alumbaugh, J., entered
February 22, 1994. *Affirmed* by unpublished opinion per
Kennedy, A.C.J., concurred in by Coleman and Webster,
JJ.

[No. 34427-7-I.   Division One.   July 31, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MELVIN
WAYNE CHERRY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-05644-0, George A. Finkle, J., entered
July 26, 1993. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Grosse and Agid, JJ.

[No. 34483-8-I.   Division One.   July 31, 1995.]

WILLIAM P. BRUST, *Appellant*, v. HENRY T. NEWTON,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 91-2-00176-4, William Howard, J.,
entered April 7, 1994. *Affirmed* by unpublished opinion
per Agid, J., concurred in by Grosse and Webster, JJ.